IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| LEVERETT FINANCIAL, LTD., | § § § § | |
| Plaintiff, | § § | C.A. NO. 2:17-CV-00194-J |
| v. | § § | |
| ADMIRAL INSURANCE COMPANY, A W.R. BERKLEY COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day the Court considered the motion to dismiss, filed on April 23, 2018, to dismiss this case with prejudice, filed by Plaintiff in this cause. The Court finds the motion should be granted.

IT IS THEREFORE ORDERED that the MOTION TO DISMISS WITH PREJUDICE, filed by Plaintiff in this case, is GRANTED, and that this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Signed this 23rd day of April, 2018.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE